**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HAYDEN WREYFORD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PERDUE FOR SENATE, INC., a Georgia corporation, and<br><br>GEORGIANS FOR KELLY LOEFFLER, INC., a Georgia corporation,<br><br>Defendants. | Case No.: |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Perdue for Senate, Inc. and Georgians for Kelly Loeffler, Inc. ("Defendants") hereby remove to this Court the proceeding commenced by Plaintiff Hayden Wreyford ("Plaintiff") in the State Court of Gwinnett County. In support of this Notice of Removal, Defendants state the following on knowledge, information, and belief:

1

## BACKGROUND

1. Plaintiff filed the attached Amended Complaint ("Amended Complaint") against Defendants in the State Court of Gwinnett County. *See* Ex. A.[1]

2. In the Amended Complaint, Plaintiff alleges that "Defendants PERDUE FOR SENATE, INC. and GEORGIANS FOR KELLY LOEFFLER, INC., commissioned a robocall campaign that called Plaintiff's cellular telephone number and played a prerecorded message that urged Plaintiff to vote for former Senators David Perdue and Kelly Loeffler in the special elections for United States Senate in Georgia on January 5, 2021" and that "Plaintiff had no relationship with the candidates, and did not provide consent to receive these calls." Compl. ¶ 1.

3. Plaintiff's Amended Complaint further alleges that "[i]n the course of its business, Defendants commissioned a call made on January 4, 2021, using the previously recorded voice of the then United States Secretary of Agriculture, Sonny Perdue, to Plaintiff's Georgia area code cellular telephone number in Gwinnett County, Georgia for the purposes of encouraging Plaintiff to vote for former

---

[1] Attached as Exhibit B is a copy of an earlier complaint filed by Plaintiff in this case against Conquest Communications Group, LLC. Conquest Communications Group, LLC is not a named defendant in the Amended Complaint and Defendants have no knowledge whether they were ever served. Defendants were not named as parties to this complaint and were not served with a copy. Defendants only obtained the original Complaint through the public docket subsequent to service of the Amended Complaint, and are attaching it for the Court's convenience.

Senators Kelly Loeffler and David Perdue in the January 5, 2021 runoff elections for the United States Senate in Georgia." Compl. ¶ 2.

4. Plaintiff's Amended Complaint asserts a single cause of action, namely, that the "acts of Defendants constitute violations of the Telephone Consumer Protection Act and/or its implementing regulations." *See* 47 U.S.C. §227(b)(1)(A)(iii); 47 CFR § 64.1200(a)(1)(iii).

## THIS COURT HAS ORIGINAL JURISDICTION OVER PLAINTIFF'S CLAIM

5. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Because Plaintiff's sole cause of action is an alleged violation of 47 U.S.C. § 227, the federal Telephone Consumer Protection Act ("TCPA"), Plaintiff's action arises under a federal statute. Plaintiff's civil action is therefore removable because this Court has original jurisdiction to hear Plaintiff's action under 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *See Mims v. Arrow Fin. Servs.*, LLC, 565 U.S. 368, 371–72 (2012) (holding that

3

federal district courts have jurisdiction under 28 U.S.C. § 1331 to hear TCPA claims).

## REMOVAL IS TIMELY

7. This Notice of Removal has been timely filed. Plaintiff served Defendants with a copy of the Amended Complaint on April 15, 2021. Copies of the affidavits of service filed with the state court are attached as Exs. D and E.

8. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

## ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

9. Pursuant to 28 U.S.C. § 1446(a), Defendants attach copies of the summonses Plaintiff served upon Defendants. *See* Ex. C. No other process, pleadings, or orders have been served upon Defendants in the removed action.

10. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to the removal of this action to federal court, as evidenced by the signature of counsel for both Defendants below.

11. A copy of this Notice of Removal is being served concurrently upon Plaintiff's counsel and forwarded for filing with the Clerk of the State Court of Gwinnett County to effect removal of this action to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1446(d).

12. Defendants deny Plaintiff's allegations and deny that Plaintiff is entitled to any recovery on his claims.

13. By removing the state court action to this Court, Defendants do not waive any defenses or objections they may have to this action.

THEREFORE, having established all of the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1331, Defendants hereby remove this case to the United States District Court for the Northern District of Georgia.

Dated:  May 14, 2021                           Respectfully Submitted,

*/s/Bryan P. Tyson*                            */s/ Stephen J. Obermeier*
Bryan P. Tyson                                 Stephen J. Obermeier
Georgia Bar No. 515411                         Michael E. Toner
btyson@taylorenglish.com                       Brandis L. Zehr
Loree Anne Paradise                            Rebecca L. Saitta
Georgia Bar No. 382202                         Wesley E. Weeks
lparadise@taylorenglish.com                    WILEY REIN LLP
TAYLOR ENGLISH DUMA LLP                        1776 K Street NW
1600 Parkwood Circle, Suite 200                Washington, DC 20006
Atlanta, GA 30339                              Telephone:  (202) 719-7000
Telephone: 678.336.7249                        Fax:  (202) 719-7049

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF REMOVAL has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

<u>/s/ Bryan P. Tyson</u><br>
Bryan P. Tyson

## **CERTIFICATE OF SERVICE**

I hereby certify that this day the foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will automatically send email notification of such filing to all counsel of record.

In addition, the undersigned counsel has placed a complete copy of the foregoing NOTICE OF REMOVAL with exhibits to a commercial vendor for overnight delivery addressed to:

> Justin T. Holcombe, Esq.
> SKAAR & FEAGLE, LLP
> 133 Mirramont Lake Drive
> Woodstock, GA 30189
> 770.427.5600
> jholcombe@skaarandfeagle.com

This 14th day of May, 2021.

> */s/ Bryan P. Tyson*
> Bryan P. Tyson
> Georgia Bar No. 515411