UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAYDEN WREYFORD, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PERDUE FOR SENATE, INC., a Georgia corporation, and <br><br> GEORGIANS FOR KELLY LOEFFLER, INC., a Georgia corporation, <br><br> Defendants. | Civil Action File No. <br><br> **1:21-cv-02054-LMM** |

**MOTION TO REMAND TO STATE COURT**

COMES NOW Plaintiff, pursuant to 28 U.S.C § 1447(c) and for the purposes stated in the attached brief in support, and presents this Motion to Remand to State Court. Defendants have filed contemporaneous Motions to Dismiss, to Strike, and to Stay. Docs. 10, 11, 13.  Two of those motions are based on Defendants' contention that the call at issue in this case is a "ringless voicemail," citing to the Eleventh Circuit's unpublished decision in *Grigorian v. FCA US LLC*, 838 F. App'x 390 (11th Cir. 2020). Doc. 10-1, p. 5; Doc. 13-1, p. 2.

-1-

In *Grigorian*, the Eleventh Circuit held that the Court lacked subject matter jurisdiction over TCPA claims arising from "ringless voicemails." Having asserted the position that calls at issue in this case are "ringless voicemails," Defendants have cast doubt as to the jurisdiction of this Court under Article III of the U.S. Constitution. Such doubts should be resolved in favor of remand *before* the Court reaches the merits of the underlying dispute. Accordingly, Plaintiff respectfully requests this Court to remand this case to the State Court of Gwinnett County, Georgia. *See Mack v. USAA Casualty Ins. Co.*, 994 F. 3d 1353, 1359 (11th Cir. 2021); *Esteves v. SunTrust Banks, Inc.*, 615 Fed.Appx. 632 (11th Cir. 2015) (unpublished).

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by: */s/ Justin T. Holcombe*
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA  30189
770 / 427-5600
404 / 601-1855 fax

*Counsel for Plaintiff*